UNITED STATES OF DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LADASHIA COBB,<br>*Plaintiff,*<br><br>VS.<br><br>WAL-MART STORES TEXAS, LLC d/b/a<br>WALMART SUPERCENTER #5316 AND<br>WALMART INC. D/B/A WALMART<br>SUPERCENTER #5316<br>*Defendants* | §<br>§<br>§<br>§  CIVIL ACTION NO.<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants WAL-MART STORES TEXAS, LLC D/B/A WALMART SUPERCENTER #5316 AND WALMART INC. D/B/A WALMART SUPERCENTER #5316 ("Defendants") file this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. Introduction

1. Defendants have filed their Civil Cover Sheet pursuant to Local Rule 3.1 and Local Rule 81.1. *See* **Exhibit A.**

2. On or about May 26, 2023, Plaintiff **LADASHIA COBB** ("Plaintiff") initiated the state court lawsuit against Defendant in the 17th Judicial District Court of Tarrant County, styled *Ladashia Cobb v. Wal-Mart Stores Texas, LLC d/b/a Walmart Supercenter #5316 and Walmart, Inc. d/b/a Walmart Supercenter*; Cause No. 017-342585-23 (the "State Court Action"). In the State Court Action, Plaintiff alleged a negligence cause of action for premises liability and negligent activity against Defendants. In addition, Plaintiff seeks to recover damages for past and future medical expenses, physical pain and suffering, and future lost wages. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B.**

3.  The attorneys involved in the action being removed are listed as follows:

| **Party and Party Type** | **Attorney(s)** |
| --- | --- |
| Ladashia Cobb - Plaintiff | Layla Ann Benjamin<br>Texas Bar No. 24096829<br>A. Robert Lamb, Jr.<br>Texas Bar No. 11795453<br>Daniel L. Morris<br>Texas Bar No. 00795789<br>MLF Legal, PLLC<br>702 S. Beckley Ave.<br>Dallas, Texas 75203<br>214-357-1782 – Phone<br>lbenjamin@mlflegal.com<br>rlamb@mlflegal.com<br>dmorris@mlflegal.com |
| Wal-Mart Stores Texas, LLC d/b/a Walmart Supercenter #5316 and Walmart, Inc. d/b/a Walmart Supercenter #5316 | Randall G. Walters<br>Texas Bar No. 20819480<br>Walters, Balido & Crain, L.L.P.<br>Meadow Park Tower<br>10440 N. Central Expy, Suite 1500<br>Dallas, TX 75231<br>Telephone (214) 749-4805<br>Facsimile: (214) 760-1670<br>Randy.walters@wbclawfirm.com |

4.  The name and address of the court from which the case is being removed is as follows:

> 17th Judicial District Court
> The Honorable Melody Wilkinson
> Tom Vandergriff Civil Courts Building
> 3rd Floor
> 100 N. Calhoun Street
> Fort Worth, Texas 76196

5.  In compliance with Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.4 of this Court, Defendant files its Certificate of Interested Persons concurrently with the filing of this Notice of Removal.

### B. The Notice Of Removal Is Timely

6. Defendants' agent was served with citation and a copy of Plaintiff's Original Petition on or about June 6, 2023. *See* **Exhibit B**. Pursuant to 28 U.S.C. § 1446(b), Defendants' Notice of Removal was filed within thirty (30) days after receipt by Defendants, through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable.

### C. Complete Diversity & Amount In Controversy Is Over the Threshold

7. Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff was, and is still, an individual residing in Texas.

8. Defendant Wal-Mart Inc. is now, and was at all times relevant hereto, an incorporated entity under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Defendant Wal-Mart, Inc.'s corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312.

9. Defendant Wal-Mart Stores Texas, LLC is now and was at the time of filing of this action a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

10. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir.

2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

11. A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas.

12. Accordingly, for diversity purposes, Walmart, Inc. and Wal-Mart Stores Texas, LLC are citizens of Delaware and Arkansas. *MidCap Media Fin., L.L.C.*, 929 F.3d at 314.

13. In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

14. Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a). A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993). In the State Court Action, Plaintiff alleges she seeks "an amount of over $250,000.00 but less than $1,000,000.00." See **Exhibit B**. Thus, the amount in controversy in the instant case meets the requirements for removal.

15. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit B.**

### D. Basis for Removal

16. Because this is a civil action of which the District Courts of the United States have original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Further, because Plaintiff is a citizen and resident of Texas, Defendants' principal places of business are located in Arkansas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

### E. Filing of Notice with State Court

17. Promptly after filing this Notice of Removal, Defendants will give written notice of the removal to Plaintiff through her attorney of record and to the clerk of the state court action.

### F. Prayer

18. **WHEREFORE, PREMISES CONSIDERED,** Defendants requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that they have such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

BY: /s/ *Randall G. Walters*
RANDALL G. WALTERS - 20819480
Meadow Park Tower
10440 N. Central Expy, Suite 1500
Dallas, Texas 75231
214/347-8381 - FAX
214/347-8380 - DIRECT
214/749-4805 - MAIN
Email: randy.walters@wbclawfirm.com
**ATTORNEY FOR DEFENDANTS**

NOTICE OF REMOVAL 5

## CERTIFICATE OF SERVICE

    This is to certify that on the 5th day of July, 2023, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                            */s/ Randall G. Walters*
                                            RANDALL G. WALTERS